

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00755-CR

Ernest R. **CEPEDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7864
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 18, 2020.

_____
Liza A. Rodriguez, Justice